1  Daniel R. Price (SBN: 073821)
   LAW OFFICES OF DAN PRICE
2  260 Sheridan Avenue, Suite 450
   Palo Alto, California 94306
3  Telephone: (650) 321-1440
   Facsimile: (650) 321-4746
4
   Floyd A. Mandell
5  Julie P. Setren
   William J. Dorsey
6  KATTEN MUCHIN ROSENMAN LLP
   525 West Monroe Street, Suite 1900
7  Chicago, IL 60661-3693
   Telephone: (312) 902-5200
8  Facsimile: (312) 902-1061

9  Attorneys for Plaintiffs
   Therma-Tru Corp. and
10 TT Technologies, Inc.

11              **IN THE UNITED STATES DISTRICT COURT**

12              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

13

14 THERMA-TRU CORP. and TT            ) CASE NO. C06-07852 JW
   TECHNOLOGIES, INC.,                )
15                                    ) ~~[PROPOSED]~~ **ORDER**
                                      ) **GRANTING APPLICATION**
16         Plaintiffs,                ) **FOR ADMISSION OF ATTORNEY**
                                      ) *PRO HAC VICE*
17    vs.                             )
                                      )
18 PACIFIC MILLWORKS, and WILLIAM     )
   ANDERS,                            )
19                                    )
           Defendants.                )
20                                    )

21

22
       William J. Dorsey, an active member in good standing of the bar of the State of Illinois,
23
   and whose business address is 525 West Monroe Street, Suite 1900, Chicago, Illinois 60661,
24
   having applied in the above-entitled action for admission to practice in the Northern District of
25
   California on a *pro hac vice* basis, representing Plaintiffs Therma-Tru Corp. and TT
26
   Technologies, Inc.;
27
       **IT IS HEREBY ORDERED THAT** the application is granted, subject to the terms and
28

                                                   1
   Case No. C06-07852 JW    ORDER GRANTING PERMISSION TO PRACTICE PRO HAC VICE – Wm. J. Dorsey

1 conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate appearance
2 *pro hac vice*. Service of papers upon and communication with co-counsel designated in the
3 application will constitute notice to the party. All future filings in this action are subject to the
4 requirements contained in General Order No. 45, Electronic Case Filing.

DATED: 1/4/2007

*/s/ James Ware*

Judge of the United States District Court