1 | Attorneys for Plaintiffs

2 | Daniel R. Price
LAW OFFICES OF DAN PRICE (SBN: 073821)
3 | 260 Sheridan Avenue, Suite 450
Palo Alto, CA  94306
4 | Telephone:  (650) 321-1440
Facsimile:  (650) 321-4746
5

Floyd A. Mandell (*pro hac vice*)
6 | Julie P. Setren (*pro hac vice*)
William J. Dorsey (*pro hac vice*)
7 | KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street, Suite 1900
8 | Chicago, IL  60661-3693
Telephone:  (312) 902-5200
9 | Facsimile:  (312) 902-1061

10 | Attorneys for Defendants

11 | Brant J. Bordsen
RICH, FUIDGE, MORRIS & LANE, INC.
12 | 1129 D Street
Marysville, CA 95901
13 | Telephone:  (530) 742-7371
Facsimile:  (530) 742-5982
14

Terence J Cassidy
15 | PORTER SCOTT WEIBERG & DELEHANT
350 University Avenue, Suite 200
16 | Sacramento, CA 95825
17 | Telephone:    (916) 929-1481 ext. 316
Facsimile:      (916) 927-3706
18

19 | **UNITED STATES DISTRICT COURT**

20 | **NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERMA-TRU CORP. and TT TECHNOLOGIES, INC., | Case No. 5:06-CV-07852-JW |
| Plaintiffs, | **STIPULATION AND ORDER FOR POSTPONEMENT OF INITIAL CASE MANAGEMENT CONFERENCE** |
| vs. | |
| PACIFIC MILLWORKS, and WILLIAM ANDERS, | |
| Defendants. | |

1  Defendants PACIFIC MILLWORKS and WILLIAM ANDERS and Plaintiffs THERMA-TRU CORP. and TT TECHNOLOGIES, INC. (collectively the "parties") hereby stipulate to postpone the Initial Case Management Conference that is currently scheduled for April 9, 2007 to May 21, 2007 at 10:00 AM.  The parties have stipulated to a Consent Preliminary Injunction (which was filed on February 2, 2007) and have been engaged in informal fact and document disclosures.  This postponement is intended to allow the parties an opportunity to settle the case without the use of further judicial resources.

Dated: March 27, 2007

TERENCE CASSIDY
PORTER SCOTT WEIBERG & DELEHANT

_____/s/_____
Terence Cassidy
One of the Attorneys for Defendants

Dated: March 27, 2007

DANIEL R. PRICE
LAW OFFICES OF DAN PRICE

_____/s/_____
Daniel R. Price
One of the Attorneys for Plaintiffs

*Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Daniel R. Price hereby attests that concurrence in the filing of the document has been obtained*

PURSUANT TO STIPULATION, IT IS SO ORDERED.   The Case Management Conference is continued to 5/21/2007 @ 10:00 AM. The Parties shall file a Joint Case Management Statement by 5/11/2007.

Dated: _____3/28/2007_____      _____/s/ James Ware_____
Honorable James Ware
United States Judge
Northern District of California