Attorneys for Plaintiffs

LAW OFFICES OF DAN PRICE (SBN: 073821)
260 Sheridan Avenue, Suite 450
Palo Alto, California  94306
Telephone:  (650) 321-1440
Facsimile:  (650) 321-4746

Floyd A. Mandell (*pro hac vice*)
Julie P. Setren (*pro hac vice*)
William J. Dorsey (*pro hac vice*)
KATTEN MUCHIN ROSENMAN LLP
525 West Monroe Street, Suite 1900
Chicago, IL  60661-3693
Telephone:  (312) 902-5200
Facsimile:  (312) 902-1061

Attorneys for Defendants

Brant J. Bordsen
RICH, FUIDGE, MORRIS & LANE, INC.
1129 D Street
Marysville, CA 95901
Telephone:    (530) 742-7371
Facsimile:    (530) 742-5982

Terence J Cassidy
PORTER SCOTT WEIBERG & DELEHANT
350 University Avenue, Suite 200
Sacramento, CA 95825
Telephone:    (916) 929-1481 ext. 316
Facsimile:    (916) 927-3706

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THERMA-TRU CORP. and TT TECHNOLOGIES, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>PACIFIC MILLWORKS, and WILLIAM ANDERS, <br><br>Defendants. | Case No. 5:06-CV-07852-JW <br><br>**STIPULATION AND ORDER FOR SECOND POSTPONEMENT OF  INITIAL CASE MANAGEMENT CONFERENCE** |

Defendants PACIFIC MILLWORKS and WILLIAM ANDERS and Plaintiffs THERMA-

1  TRU CORP. and TT TECHNOLOGIES, INC. (collectively the "parties") hereby stipulate to
2  postpone the Initial Case Management Conference that is currently scheduled for May 21, 2007,
3  to July ~~X~~ 23 2007 at 10:00 AM.  Granting this continuance would be the second continuance of the
4  Initial Case Management Conference.  The Initial Case Management was originally set for April
5  9, 2007 but was continued to the current date of May 21, 2007 by stipulation of the parties to
6  permit further exploration of settlement.  That exploration has yielded substantive disclosures and
7  interactions between the parties that have expanded the opportunity for settlement.  The parties
8  are in discussion regarding visits to various construction sites to learn more about the use and
9  installation of the exterior doors at issue in this case.  The continuance requested would permit a
10 reasonable opportunity to conduct such visits and react thereto and to better assess whether the
11 case can be settled without the use of judicial resources.  A stipulated Consent Preliminary
12 Injunction was entered on April 11, 2007.

| Dated:  May 3, 2007 | TERENCE CASSIDY<br>PORTER SCOTT WEIBERG & DELEHANT<br>/s/<br>Terence Cassidy<br>One of the Attorneys for Defendants |
|---|---|
| Dated:  May 3, 2007 | DANIEL R. PRICE<br>LAW OFFICES OF DAN PRICE<br>/s/<br>Daniel R. Price<br>One of the Attorneys for Plaintiffs |
| | *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Daniel R. Price hereby attests that concurrence in the filing of the document has been obtained* |

PURSUANT TO STIPULATION, IT IS SO ORDERED  The Case Management Conference is continued to July 23, 2007 at 10:00 AM.  The Parties shall file a Joint Case Management Statement by 7/3/2007.

Dated: _May 4 2007_____    _____/s/ James Ware_____
                                        Honorable James Ware
                                        United States Judge
                                        Northern District of California

LAW OFFICES OF DAN PRICE
PALO ALTO

Case No. 5:06-CV-07852-JW          2.          **STIPULATION AND ORDER FOR SECOND POSTPONEMENT OF INITIAL CASE MANAGEMENT CONFERENCE**